IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANTHONY BLAKE LOWREY, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:07-CV-121 (CDL) |
| WALTON COUNTY SHERIFF'S DEPARTMENT, Sheriff JOE CHAPMAN, et al., | * |
| Defendants | * |

ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 8, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE