IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANTHONY BLAKE LOWREY, | * |
| Plaintiff, | * |
| vs. | * |
| Sheriff JOE CHAPMAN, et al., | *   CASE NO. 3:07-CV-121 (CDL) |
| Defendants. | * |
| _____ | * |

### ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on November 13, 2008 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 6th day of January, 2009.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE